AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SELLSTROM MANUFACTURING

CASE NUMBER: 08CV2102

V.

ASSIGNED JUDGE: Gettleman

SPERIAN PROTECTION USA, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Sperian Protection USA, Inc.
c/o Corporation Service Company - Registered Agent
222 Jeffersoon Boulevard, Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert S. Rigg
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*J. Cervantes*
(By) DEPUTY CLERK

August 8, 2008
Date

Richard D'Amico
8-12-08  9:30 AM.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-12-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ERNEST W LEGAULT | RI CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): I serve The Registered Agent Corporation Service Company 222 Jefferson Blvd Warwick RI 02888 Received by Richard D'Amico

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 150.00 | 150.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-12-08                Ernst W Legault  6133
                    Date                    Signature of Server

                                    PO Box 512 Coventry RI 02816
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.